UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD LAY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-4162** |
| **ROBERT TANNER, WARDEN** | **SECTION "A"(6)** |

### CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that a certificate of appealability shall not be issued having found that petitioner has not made a substantial showing of the denial of a constitutional right.

September 12, 2011

_____
UNITED STATES DISTRICT JUDGE