UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RICHARD LAY**                                               **CIVIL ACTION**

**VERSUS**                                                    **NO. 10-4162**

**ROBERT TANNER, WARDEN**                                     **SECTION "A"(6)**

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Richard Lay for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the **Motion to Take Judicial Notice (Rec. Doc. 68), Motion to Appoint Counsel (Rec. Doc. 69), Objections (Rec. Docs. 73, 78, 80, 81, & 88), Motion to Amend/Correct (Rec. Doc. 74), Motion for Contempt (Rec. Doc. 82),**

**Motion for Extension of Time to File (Rec. Doc. 85), Motion for New Trial (Rec. Doc. 86), and Motion for Release on Bond (Rec. Doc. 87)** are **DENIED**.

September 12, 2011

                                            _____
                                            UNITED STATES DISTRICT JUDGE