UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD LAY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-4162** |
| **ROBERT TANNER, WARDEN** | **SECTION "A"(6)** |

### J U D G M E N T

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment against petitioner, Richard Lay, dismissing with prejudice his petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254.

September 12, 2011

_____
UNITED STATES DISTRICT JUDGE